**MURTHA**

March 2, 2010

Clerk's Office
U.S. Bankruptcy Court
Donahue Federal Building
595 Main Street, Room 211
Worcester, MA 01608-2076

    Re:    **Gitto Global Corporation**
              **Chapter 7, Case No. 04-45386-JBR**

Dear Sir/Madam:

    Please be advised that on September 24, 2009 and November 12, 2009, I issued checks to the following claimants in the amounts listed below that represented the final distribution for their claims in the above-referenced matter. Please note that I mailed the payment to the last known addresses for the claimants, a list of which is enclosed with this letter.

    These checks were never cashed by the claimants; or the checks were returned to us as undeliverable and no new forwarding address could be found. Therefore, in accordance with FRBP 3011, I have stopped payment on the checks, and I am submitting the funds to the Court as an unclaimed dividend. I have enclosed a check made payable to the U.S. Bankruptcy Court in the total amount of $51,847.95. Also enclosed is the Unclaimed Funds Report.

    Should you have any questions or concerns, please do not hesitate to contact me. Thank you for your attention to this matter.

                                      Very truly yours,

                                      Mark G. DeGiacomo

MGD/klb
Enclosure

Gitto Global Corporation
Case No. 04-45386-JBR

## List of Claimants with Unclaimed Funds

| Claimant | Dividend | Date Issued |
|---|---|---|
| Bank of America fka Fleet National Bank<br>c/o Stephanie Taverna Siden<br>Demeo & Associates<br>1 Lewis Wharf<br>Boston, MA 02110 | $2,410.70 | 9/24/09 |
| Engelhard Corporation<br>101 Wood Avenue, 4th Floor<br>Iselin, NJ 08830<br>Attn: Julio Qeuzada | $954.19<br>$21.07 | 9/24/09<br>11/12/09 |
| Citizens Bank of Massachusetts<br>Winokur Winokur Serkey and Rosenberg<br>81 Samoset Street<br>Plymouth, MA 02360 | $2,510.49 | 9/24/09 |
| Great Lakes Chemical<br>Attn: Jim Bianculli<br>1 Great Lakes Boulevard<br>West Lafayette, IN 47906 | $37,156.33<br>$820.30 | 9/24/09<br>11/12/09 |
| Northeast Verizon Wireless<br>AFNI/Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | $136.35 | 9/24/09 |
| American Colloid Company<br>Nanocor, Inc. (Sub)<br>1350 W. Shore Drive<br>Arlington Heights, IL 60004 | $7,101.91<br>$156.79 | 9/24/09<br>11/12/09 |
| Country Locksmith<br>104 Lunenburg Street<br>Fitchburg, MA 01420 | $37.38<br>$0.82 | 9/24/09<br>11/12/09 |
| PSC Environmental Services, Inc.<br>5151 San Felipe, Suite 1600<br>Houston, TX 77056<br>Attn: Pat Solis | $496.91<br>$10.97 | 9/24/09<br>11/12/09 |

| Claimant | Dividend | Date Issued |
| --- | --- | --- |
| United Mineral Corporation<br>PO Box 500308<br>Atlanta, GA 31150 | $13.95<br>$13.95 | 9/24/09<br>11/12/09 |
| William F. Deakin<br>c/o William T. Harrington, Esq.<br>10 Forbes Road, Suite 270<br>Braintree, MA 02184 | $0.75 | 11/12/09 |
| Joseph C. Toy, Jr.<br>PO Box 2018<br>Frazier Park, CA 93225 | $1.80 | 11/12/09 |
| E.L. Harvey & Sons, Inc.<br>68 Hopkington Road, Route 135<br>Westborough, MA 01581 | $0.84 | 11/12/09 |
| Genalco Industrial Division<br>33 Reservoir Street<br>Needham Heights, MA 02494 | $1.00 | 11/12/09 |
| Protemp Calibration & Services<br>PO Box 2641<br>Attleboro Falls, MA 02763 | $1.45 | 11/12/09 |

Date 02/22/10
Trustee 410180

Page 4

## STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 04-45386 | GITTO GLOBAL CORPORATION | BANK OF AMERICA FORMERLY FLEET NATL | 3758344785 | 09/24/09 | 166 | 2,410.70 |
| 04-45386 | GITTO GLOBAL CORPORATION | ENGELHARD CORP | 3758344785 | 09/24/09 | 200 | 954.19 |
| 04-45386 | GITTO GLOBAL CORPORATION | CITIZENS BANK OF MASSACHUSETTS | 3758344785 | 09/24/09 | 202 | 2,510.49 |
| 04-45386 | GITTO GLOBAL CORPORATION | GREAT LAKES CHEMICAL | 3758344785 | 09/24/09 | 206 | 37,156.33 |
| 04-45386 | GITTO GLOBAL CORPORATION | NORTHEAST VERIZON WIRELESS | 3758344785 | 09/24/09 | 217 | 136.35 |
| 04-45386 | GITTO GLOBAL CORPORATION | AMERICAN COLLOID COMPANY | 3758344785 | 09/24/09 | 228 | 7,101.91 |
| 04-45386 | GITTO GLOBAL CORPORATION | COUNTRY LOCKSMITH | 3758344785 | 09/24/09 | 229 | 37.38 |
| 04-45386 | GITTO GLOBAL CORPORATION | PSC ENVIRONMENTAL SERVICES, INC. | 3758344785 | 09/24/09 | 252 | 496.91 |
| 04-45386 | GITTO GLOBAL CORPORATION | UNITED MINERALS CORP. | 3758344785 | 11/12/09 | 283 | 13.95 |
| 04-45386 | GITTO GLOBAL CORPORATION | BOSTON GAS CO DBA KEYSPAN ENERGY | 3758344785 | 11/12/09 | 287 | 19.67 |
| 04-45386 | GITTO GLOBAL CORPORATION | WILLIAM F. DEAKIN | 3758344785 | 11/12/09 | 291 | 0.75 |
| 04-45386 | GITTO GLOBAL CORPORATION | ENGELHARD CORP. | 3758344785 | 11/12/09 | 292 | 21.07 |
| 04-45386 | GITTO GLOBAL CORPORATION | GREAT LAKES CHEMICAL | 3758344785 | 11/12/09 | 296 | 820.3 |
| 04-45386 | GITTO GLOBAL CORPORATION | JOSEPH C. TOY, JR | 3758344785 | 11/12/09 | 297 | 1.8 |
| 04-45386 | GITTO GLOBAL CORPORATION | UNITED MINERALS CORP | 3758344785 | 11/12/09 | 306 | 13.9 |
| 04-45386 | GITTO GLOBAL CORPORATION | AMERICAN COLLOID COMPANY | 3758344785 | 11/12/09 | 315 | 156.7 |
| 04-45386 | GITTO GLOBAL CORPORATION | PSC ENVIRONMENTAL SERVICES, INC. | 3758344785 | 11/12/09 | 329 | 10.97 |
| 04-45386 | GITTO GLOBAL CORPORATION | WALTHAM SERVICES, INC. | 3758344785 | 11/12/09 | 345 | 8.2 |
| 04-45386 | GITTO GLOBAL CORPORATION | E.L. HARVEY & SONS, INC. | 3758344785 | 11/12/09 | 349 | 0.8 |
| 04-45386 | GITTO GLOBAL CORPORATION | COUNTRY LOCKSMITH | 3758344785 | 11/12/09 | 352 | 0.8 |
| 04-45386 | GITTO GLOBAL CORPORATION | GENALCO INDUSTRIAL DIVISION | 3758344785 | 11/12/09 | 353 | 1.0 |
| 04-45386 | GITTO GLOBAL CORPORATION | PROTEMP CALIBRATION & SERVICE | 3758344785 | 11/12/09 | 368 | 1.45 |
| | | | | | | 51,867.87 |

↑ Cleared checks weren't reflected in banking system. Bank of America confirmed that checks were cleared by bank.